

zhengliuinf

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
APR 30 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 08-00005 |
| Plaintiff, ) | **INFORMATION** |
| vs. ) | **ILLEGAL ENTRY** |
| ZHENG MIN LIU, ) | [8 U.S.C. § 1325(a)(1) |
| Defendant. ) | 6 U.S.C. §§ 251 & 557] |
| | (Misdemeanor) |

THE UNITED STATES ATTORNEY CHARGES:

On or about March 25, 2008, in the District of Guam, the defendant herein, ZHENG MIN LIU, did knowingly enter the United States at a time and place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1) and Title 6, United States Code, Sections 251 and 557.

DATED this 30 day of April 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney

# Criminal Case Cover Sheet  U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number __08-00005__
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__   Matter to be sealed: ___ Yes __x__ No

Defendant Name _____Zheng Min Liu_____

Alias Name _____

Address _____

_____China_____

Birthdate __Xx/xx/1974__ SS# ____ Sex __M__ Race __A__ Nationality __Chinese__

**U.S. Attorney Information:**

AUSA __Frederick A. Black__

Interpreter: ___ No __X__ Yes   List language and/or dialect: __Chinese/Mandarin__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

RECEIVED APR 30 2008 DISTRICT COURT OF GUAM HAGATNA GUAM

**U.S.C. Citations**

Total # of Counts: __1__   ___ Petty __X__ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 8 USC 1325(a)(1) 6 USC 251 & 557 | Illegal Entry | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __4-30-08__   Signature of AUSA: __Frederick A. Black__