AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>ZHENG MIN LIU | **WARRANT FOR ARREST**<br><br>Case Number: MJ-08-00005-001 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ZHENG MIN LIU _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☑ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☐ Supervised Release Violation  ☐ Violation Notice

charging him or her with (brief description of offense)

Illegal Entry, 8 U.S.C. § 1325(a)(1), 6 U.S.C. §§ 251 and 557

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| MARILYN B. ALCON | *Marilyn B. Alcon* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 05/01/2008    Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

**RECEIVED** MAY 02 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

**RECEIVED** MAY 01 2008 US MARSHALS SERVICE - GUAM

**FILED** DISTRICT COURT OF GUAM MAY 0 2 2008 JEANNE G. QUINATA Clerk of Court

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

HAGATNA, GUAM

| DATE RECEIVED<br>5/1/08 | NAME AND TITLE OF ARRESTING OFFICER<br>ERWIN TEJERAN<br>SA, US ICE | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>5/2/08 | | |

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ZHENG MIN LIU

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____