# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-08-00005-MJ-08-00009-MJ-08-00013  DATE: May 02, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori  Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio  Electronically Recorded: 3:13:17-3:24:05

**APPEARANCES:**

Defendant: Zheng Min Liu  Attorney: Rawlen Mantanona
  Shu Zhen Liu      Stephanie Flores
  Li Yong Chen      Traylor T. Mercer

☑ Present ☑ Custody ☐ Bond ☐ P.R.   ☑ Present ☐ Retained ☐ FPD ☐ CJA

U.S. Attorney: Frederick A. Black  U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter: Julia Berg  Language: Mandarin

**PROCEEDINGS: Initial Appearance on an Information and Arraignment**
- Defendant's waives reading of Information.
- Defendant sworn and examined.
- Plea's entered: Not Guilty
- Scheduling Order executed.
- Bench Trial set for July 1, 2008 at 9:30 a.m.
- Defendant's remanded to the custody of the U.S. Marshals Service.

NOTES: Rawlen Mantanona appointed for Zheng Min Liu, Stephanie Flores appointed for

  Shu Zhen Liu, and G. Patrick Civille appointed for Li Yong Chen.