DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>**ZHENG MIN LIU,**<br><br>　　　　　　Defendant. | MAGISTRATE CASE NO. 08-00005<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **RAWLEN M. MANTANONA** is appointed to represent the defendant in the above-entitled case *nun pro tunc* to May l, 2008.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: May 02, 2008