## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## CHANGE OF PLEA

CASE NO.: MJ-08-00005          DATE: June 17, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori          Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio          Electronically Recorded: 9:35:13 - 9:54:17

**APPEARANCES:**

Defendant: Zheng Min Liu          Attorney: John Aguon
☑ Present ☑ Custody ☐ Bond ☐ P.R.          ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Frederick A. Black          U.S. Agent: Ewrin Fejeran
U.S. Probation: Carleen Borja
Interpreter: Julia Berg          Language: Mandarin

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Defendant advised of his rights.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: September 12, 2008 at 10:00 a.m.
- Draft Presentence Report due to the parties: August 11, 2008
- Response to Presentence Report: August 25, 2008
- Final Presentence Report due to the Court: September 8, 2008

NOTES: Court noted that if the Presentence Report is completed ahead of time, the probation officer will inform the court, so that an earlier sentencing date can be set.