CABOT
MANTANONA LLP
Edge Building, Second Floor
929 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



FILED
DISTRICT COURT OF GUAM

AUG 25 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ZHENG MIN LIU<br><br>Defendant. | ~~not~~ MAGISTRATE<br>~~CRIMINAL~~ CASE NO. 08-00005-001<br><br>DEFENDANT'S STATEMENT<br>RE FINDINGS OF DRAFT<br>PRESENTENCE REPORT |

## DEFENDANT'S STATEMENT RE: DRAFT PRESENTENCE REPORT

Defendant, by and through counsel, John V. R. Aguon, would like to update/correct the findings as stated in the Draft Presentence Investigation Report.

1. Identifying Data of the Draft Presentence Investigation Report. Defendant's Date of Birth is October 25, 1974 rather than October 15, 1974, and Defendant's height is 5'4" rather than 5'7".

2. Defendant's Characteristics, paragraph 35, Defendant was born on October 25, 1974. Defendant's deceased mother's name is Sheu Zhu Zhuong not Sheu Zhu Liu.

3. Paragraph 36, Defendant left China and relocated to Taiwan from 1991 to 1997, where he worked on fishing vessels.

ORIGINAL

4. Paragraph 37, In 1999, the Defendant met with Xuang Chuong Liu rather than Xuang Chuang Liu.

5. Paragraph 39, Physical Condition – Defendant stands 5'4" tall rather than 5'7".

6. Paragraph 43, Employment History – Defendant was employed on a Taiwan fishing company between 1991-1997.

Dated this 25th day of August, 2008.

**CABOT MANTANONA LLP**
*Attorney for Zheng Min Liu*

By: _____
JOHN V. R. AGUON

JVRA:scc

G:\Stacy\active clients\Liu, Zheng M\Response to Presentence Investigation Report.doc