# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: MJ-08-00005    DATE: September 12, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter M. Tenorio | Electronically Recorded: 9:32:22 - 9:40:20 |

**APPEARANCES:**

Defendant: Zheng Min Liu    Attorney: John Aguon
☑ Present ☑ Custody ☐ Bond ☐ P.R.    ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Frederick A. Black    U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter: Julia Berg    Language: Mandarin

**PROCEEDINGS: Sentencing**
- Defendant sentenced to a probation term of <u>2 Years</u>.
- Defendant shall be turned over to a duly authorized immigration official for deportation proceeding. If deportation fails to occur and the defendant is released pending further immigration proceedings, he shall immediately report the U.S. Probation Office to begin his term of probation.
- Fine Waived.
- Special assessment fee of $10.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: